UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| JOSEPH GUGLIELMO, on behalf of himself and all others similarly situated, : : : Plaintiffs, : : v. : : KOCO LIFE, LLC, : : : Defendant. : : : | **Index No.:1:19-cv-11484** <br><br> **CIVIL ACTION** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: March 12, 2020                                                                 Respectfully Submitted,

                                                       */s/ David Paul Force*
                                                     David Paul Force
                                                     **Stein Saks, PLLC**
                                                     285 Passaic Street
                                                     Hackensack, NJ 07601
                                                     dforce@steinsakslegal.com
                                                     Tel. 201-282-6500
                                                     *Attorneys for Plaintiff*

## Certificate of Service

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 12th day of March, 2020      Respectfully Submitted,

      */s/ David Paul Force*
      David Paul Force, Esq.